3:04-cv-03230-JES-CHE     # 1-3     Page 1 of 1

08/04/2003 13:52 18472058582         BELFOR USA           PAGE 05/05
FROM :                    FAX NO. : 815 6726801      Jul 14 2003 11:46AM P2

E-FILED
Monday, 18 October, 2004 05:10:56 PM
Clerk, U.S. District Court, ILCD

12895

## PARTICIPATION AGREEMENT

Employer: **RESTORATION LABOR, INC**

1. This Participation Agreement is entered into between _____ and the Central Laborers' Pension Fund, The Central Laborers' Welfare Fund, Central Laborers' Annuity Plan, Illinois Laborers' and Contractors' Training Fund and such other Funds or Plans listed below (all referred to as the "Funds"). The Employer hereby agrees that this document represents the detailed written Agreement required by the Labor Management Relations Act (29 U.S.C. Section 186 (c)) to permit the Funds to receive contributions from the Employer on behalf of Employees employed by the Employer within the jurisdiction of the Funds.

2. The Employer hereby agrees to be bound by and to the Agreements and Declarations of Trust establishing and amending the Central Laborers' Pension Fund and Central Laborers' Welfare Fund and all other funds or plans comprising the Funds, all as heretofore and hereafter amended (the Trust Agreements), as though the Employer had actually signed the same. The various Agreements and Declarations of Trust are hereafter referred to as the "Trust Agreements." The Employer agrees to make contributions to the Funds (1) on behalf of all Employees, all as defined in the Trust Agreements or applicable Collective Bargaining Agreements, (2) for all jobs within the geographical jurisdiction of the Funds, all as defined in the Trust Agreements or applicable Collective Bargaining Agreements, (3) for employment on all job classifications, all as defined in the Trust Agreements or applicable Collective Bargaining Agreements.

3. The Employer hereby agrees to pay the following contributions to the Funds for each Employee of the Employer, and the Employer agrees that the following contribution rates may change or vary with the location of the jobs or that the rates may be increased and/or decreased from time to time pursuant to the Trust Agreements or applicable Collective Bargaining Agreements.

$3.50 per hour to Central Laborers' Pension Fund
$4.30 per hour to ~~Central Laborers' W~~ fare Fund NCILH&W
$1.00 per hour to ~~Central Laborers' A~~ nuity Fund NCILH&W
.40 per hour to Illinois Laborers' and Contractors' Training Trust Fund
.10 MRFFC (per hour)

.11 per hour to Industry Advancement Fund
4.5% Working Dues (~~per cents per hour~~) of gross
.12 LECT (per hour)
.02 Other DVLM (per hour)
.07 Other LPL (per hour) - Deduction

$2.00 VACATION FUND (per hour) - Deduction

4. The Employer agrees to make the required contributions monthly and in such manner as required by the Trustees of the Funds for all Employees as defined in the Trust Agreements and the Trustees shall have the authority to have their accountant audit all payroll and all wage, job, bonus and other relevant records of the Employer upon reasonable notice for the purpose of determining the accuracy of the Employer's contributions to the Funds.

5. For the purpose of this Agreement, each hour worked for which the Employee receives pay, and other hours for which pay is received by the Employee in accordance with this and/or any applicable Agreement, shall be counted as hours for which contributions are payable.

6. If an Employer fails to pay contributions as required by the Trust Agreements and this Agreement, the Funds shall have the right to take whatever steps are necessary to secure compliance with this Agreement and the Trust Agreements, any other provision hereof to the contrary notwithstanding, and the Employer shall be liable for all reasonable costs of collection of the payments due together with reasonable attorney's fees and such other reasonable costs and charges as may be assessed by the Trustees of the Funds pursuant to the Trust Agreements, including the cost of any and all audits. In addition, the Employer agrees that all remittances not received by the 15th day of the month next following the month for which the contributions are due are subject to assessment of Liquidated Damages in the amount of 10% of the contributions or $25.00 minimum per remittance, to deter the increased administrative costs resulting from late payments, all pursuant to the Trust Agreements.

7. The Employer hereby irrevocably designates as its representatives on the Board of Trustees of the Funds such Trustees as are now serving, or their successors who will serve in the future, as Employer Trustees together with their successors. The Employer further agrees to be bound by all actions taken by the Board of Trustees pursuant to the Trust Agreements as heretofore and/or hereafter amended.

8. The Pension, Welfare and Annuity Plans adopted by the Trustees of the Funds and Plans shall at all times conform with the requirements of the Internal Revenue Code so as to enable the Employer at all times to treat contributions as a deduction for income tax purposes.

NO ALTERATIONS OR ADDITIONS TO THIS PARTICIPATION AGREEMENT SHALL BE EFFECTIVE UNLESS APPROVED IN WRITING BY THE TRUSTEES OF THE FUND.

| EMPLOYER | CENTRAL LABORERS' FUNDS |
|---|---|
| Name of Business: RESTORATION LABOR, INC | Authorized Signature: [signature] |
| Address: 3510 US 52 SOUTH | Title: Executive Administrator |
| City/State/Zip Code: LAFAYETTE, IN 47905 | UNION |
| Telephone: 765-471-0029 | Territory in which Agreement signed: Local 30 |
| Authorized Signature: [signature] | Authorized Signature: Robin Moore |
| Title: PRESIDENT | Title: Field Rep |
| Date: | Date: 7-7-03 |

SEP 2003 RECEIVED

White copy: Central Laborers' Pension, Welfare and Annuity Funds, Post Office Box 1267, Jacksonville, Illinois 62651-1267
Pink copy: Employer

EXHIBIT A