E-FILED
Monday, 18 October, 2004  05:11:45 PM
Clerk, U.S. District Court, ILCD

**Restoration Labor, Inc.**

Reports Without Payment

| | |
|---|---:|
| Pension | $4,082.75 |
| GP Ann | 1,166.50 |
| NC Wel | 5,015.95 |
| Training | 466.60 |
| IAF | 128.32 |
| NC LECET | 139.98 |
| NC MRFFC | 116.65 |
| NC LPL | 81.66 |
| IVLM | 23.33 |
| VACAT | 2,333.00 |
| Work Dues | 1,148.47 |
| Total | 14,703.21 |
| Liq Dam | 1,470.32 |
| | $16,173.53 |


EXHIBIT F

## RESTORATION LABOR, INC.

October – November 2003

| **Period** | Oct - 03 | Nov - 03 | |
|---|---:|---:|---:|
| **Local** | 393 | 393 | ***Total*** |
| *Pension* | $2,506.00 | $1,576.75 | $4,082.75 |
| *GP Ann* | 716.00 | 450.50 | 1,166.50 |
| *NC Wel* | 3,078.80 | 1,937.15 | 5,015.95 |
| *Training* | 286.40 | 180.20 | 466.60 |
| *IAF* | 78.76 | 49.56 | 128.32 |
| *NC LECET* | 85.92 | 54.06 | 139.98 |
| *NC MRFFC* | 71.60 | 45.05 | 116.65 |
| *NC LPL* | 50.12 | 31.54 | 81.66 |
| *IVLM* | 14.32 | 9.01 | 23.33 |
| *VACAT* | 1,432.00 | 901.00 | 2,333.00 |
| *Work Dues* | 704.91 | 443.56 | 1,148.47 |
| **Total** | $9,024.83 | $5,678.38 | $14,703.21 |

MONTHLY REPORT OF PAYMENTS TO

# Central Laborers'
## Pension, Welfare and Annuity Funds

P.O. BOX 1267
JACKSONVILLE, ILLINOIS 62651
PHONE 217-243-8521 / FAX 217-245-1293

| EMPLOYER NO. | CONTRACT NO. | REFERENCE NO. | LOCAL UNION NO. | FOR MONTH-YEAR OF | DUE DATE |
|---|---|---|---|---|---|
| 12915 | 45 | CV1473 | 0373 | 10 03 | 11/15/03 |

RESTORATION LABOR INC
C/O THIEME & ADAIR CPA'S ATTN:
XXXXXXXXXXXXXXXXXXXXXX
LAFAYETTE, IN               47901

PLEASE SUPPLY BUSINESS PHONE NO. (    ) -
LOCATION OF WORK _____
TYPE OF AGREEMENT ___ BUILDING
CHECK IF FINAL REPORT ☐
CHECK IF NO LABORERS WORKING THIS MONTH ☐

NOTE: THE NAMES ON THIS REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT .... PLEASE INDICATE ANY CORRECTIONS AND/OR ADDITIONS THERETO.

| SOCIAL SECURITY NO. | NAME OF EMPLOYEE | TOTAL HOURS FOR MONTH | OVERTIME PREMIUM HOURS | GROSS PAY | WORK DUES WITHHELD |
|---|---|---|---|---|---|
| XXX-XX-XXXX | CLAUDIA J. BACKES | 114 | | 2478.36 | 111.52 |
| XXX-XX-XXXX | DEREK W BAILEY | -0- | | | |
| XXX-XX-XXXX | GERALD BAUER | 132 | | 2869.68 | 129.13 |
| XXX-XX-XXXX | JOHN BOHLER | 127 | | 2760.98 | 124.25 |
| XXX-XX-XXXX | NATHAN V ERJAVSEK | 122 | | 2652.28 | 119.35 |
| XXX-XX-XXXX | ROBERT P. GOLGIN | -0- | | | |
| XXX-XX-XXXX | MARK A OLSZEWSKI | -0- | | | |
| XXX-XX-XXXX | ANDREW E. REASKA | -0- | | | |
| XXX-XX-XXXX | TIMOTHY J SWARTZ | 132 | | 2968.68 | 133.59 |
| XXX-XX-XXXX | LISA KOZELL | 57 | | 1239.18 | 55.76 |
| XXX-XX-XXXX | HAROLD SIEBERT, JR | 32 | | 695.68 | 31.31 |
| PAGE TOTAL | | 716 | | 15664.84 | 704.91 |
| GRAND TOTAL ALL PAGES | | 716 | | 15664.84 | 704.91 |

| FUND | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PENSION | 716 | 3.5000 | 2506.00 |
| GPANN* | 716 | 1.0000 | 716.00 |
| NC WEL* | 716 | 4.3000 | 3078.80 |
| TRAINING* | 716 | 0.4000 | 286.40 |
| IAF# | 716 | 0.1100 | 78.76 |
| LECET* | 716 | 0.1200 | 85.92 |
| WKDUES* | | 4.5000% | 704.91 |
| MRFFC* | 716 | 0.1000 | 71.60 |
| LPL* | 716 | 0.0700 | 50.12 |
| IVLM* | 716 | 0.0200 | 14.32 |
| VACAT* | 716 | 2.0000 | 1432.00 |
| TOTAL | | | 9,024.83 |

**NOTE**

MAKE ONE CHECK FOR ALL FUNDS COLLECTED BY THE CENTRAL LABORERS' OFFICE. FUND NAMES FOLLOWED BY ASTERISKS (*) ARE NOT COLLECTED BY THE CENTRAL LABORERS' OFFICE AND SHOULD BE SENT DIRECTLY TO THE APPROPRIATE LOCAL UNION OR DISTRICT COUNCIL VIA A SEPARATE CHECK.

| DO NOT USE THIS SPACE | | |
|---|---|---|
| RECEIVED | CHECK NO. | AMOUNT $ |
| SHORTAGE | OVER PAYMENT | $ |

We hereby certify that this report includes all hours worked by employees in our employment within the territorial and occupational jurisdiction of the Central Laborers' Funds for the month shown above and further that the Employer whose name and entity is set forth below, subscribes to an agrees to be bound by and confirms and adopts all of the provisions and terms of the Agreement and Declarations of Trust establishing the Central Laborers' Welfare Fund dated March 30, 1966, and the Agreement and Declarations of Trust establishing the Central Laborers' Pension Fund dated January 1, 1965, and all amendments, revisions, additions and deletions thereto as to both Trust Agreements, and accepts all of them as fully as though the same were herein contained and further agrees to accept as a personal obligation for himself and on behalf of his firm to oversee the payment of the established rates of contributions to the aforesaid Funds; provided, however, that the aforesaid obligations shall be inoperative with respect to any Employer who has a written agreement with the local unions representing such Employer's employees, which agreement specifically provides for the coverage of such employees by another pension or welfare benefit plan in lieu of the plan created by the above-mentioned Agreement and Declarations of Trusts establishing the Central Laborer's Pension and Welfare Funds.

By _____ Title: _____ Date: _____
      Signature

MONTHLY REPORT OF PAYMENTS TO

THIS FORM SEE INSTRUCTIONS ON REVERSE SIDE

*check up oct*
*Payed in Nov*

# Central Laborers'
## Pension, Welfare and Annuity Funds

P.O. BOX 1267
JACKSONVILLE, ILLINOIS 62651
PHONE 217-243-8521 / FAX 217-245-1293

| EMPLOYER NO. | CONTRACT NO. | REFERENCE NO. | LOCAL UNION NO. | FOR MONTH-YEAR OF | DUE DATE |
|---|---|---|---|---|---|
| 12895 | 45 | CV1473 | 0393 | 11 03 | 12/15/03 |

RESTORATION LABOR INC
C/O THIEME & ADAIR CPA'S ATTN:
XXXXXXXXXXXXXXXXXXXXXXX
LAFAYETTE, IN        47901

PLEASE SUPPLY BUSINESS PHONE NO. (   )   -
LOCATION OF WORK _____
TYPE OF AGREEMENT ___ BUILDING
CHECK IF FINAL REPORT ☐
CHECK IF NO LABORERS WORKING THIS MONTH ☐

NOTE: THE NAMES ON THIS REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS AND/OR ADDITIONS THERETO.

| SOCIAL SECURITY NO. | NAME OF EMPLOYEE | TOTAL HOURS FOR MONTH | OVERTIME PREMIUM HOURS | GROSS PAY | WORK DUES WITHHELD |
|---|---|---|---|---|---|
| XXXXXXXXX | CLAUDIA J. BACKES | -0- | — | — | — |
| XXXXX356X | DEREK W BAILEY | -0- | — | — | — |
| XXXXX378X | GERALD BAUER | 12 | — | 260.88 | 11.74 |
| XXXXX0983X | JOHN BOHLER | 68 | — | 1478.32 | 66.53 |
| XXXXX020XX | NATHAN V ERJAVSEK | 69 | — | 1500.06 | 80.22 |
| XXX786652 | EUFRACIO ESCATEL | — | — | — | — |
| XXXXXXXXX | ROBERT P. GOLGIN | — | — | — | — |
| XXXXX0XXXX | MARK A OLSZEWSKI | — | — | — | — |
| XXXXXXXXX | ANDREW E. REASKA | — | — | — | — |
| XXXXX09XXX | TIMOTHY J SWARTZ | 84 | — | 1889.16 | 67.50 |
|  | ZORAN DIMITRIJEVICH | 82 | — | 1782.68 | 73.37 |
|  | LISA E. KOZELL | 75 | — | 1630.50 | 59.18 |
|  | ROBERT E SWALLERS | 60.5 | — | 1315.27 | 85.01 |

| | PAGE TOTAL | 450.50 | | 9856.87 | 443.55 |
| | GRAND TOTAL ALL PAGES | 450.50 | | 9856.87 | 443.55 |

| FUND | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PENSION | 450.50 | 3.5000 | 1576.75 |
| GPANN* | 450.50 | 1.0000 | 450.50 |
| NC WEL* | 450.50 | 4.3000 | 1937.15 |
| TRAINING* | 450.50 | 0.4000 | 180.20 |
| IAF* | 450.50 | 0.1100 | 49.56 |
| LECET* | 450.50 | 0.1200 | 54.06 |
| WKDUES* | 450.50 | 4.5000% | 443.56 |
| MRFFC* | 450.50 | 0.1000 | 45.05 |
| LPL* | 450.50 | 0.0700 | 31.54 |
| IVLM* | 450.50 | 0.0200 | 9.01 |
| VACAT* | 450.50 | 2.0000 | 900.00 |
| TOTAL | | | s/b 5,678.38 / 5278.38 |

## NOTE

MAKE ONE CHECK FOR ALL FUNDS COLLECTED BY THE CENTRAL LABORERS' OFFICE. FUND NAMES FOLLOWED BY ASTERISKS (*) ARE NOT COLLECTED BY THE CENTRAL LABORERS' OFFICE AND SHOULD BE SENT DIRECTLY TO THE APPROPRIATE LOCAL UNION OR DISTRICT COUNCIL VIA A SEPARATE CHECK.

| DO NOT USE THIS SPACE | | |
|---|---|---|
| RECEIVED | CHECK NO. | AMOUNT $ |
| SHORTAGE | OVER PAYMENT | $ |

We hereby certify that this report includes all hours worked by employees in our employment within the territorial and occupational jurisdiction of the Central Laborers' Funds for the month shown above and further that the Employer whose name and entity is set forth below, subscribes to an agrees to be bound by and confirms and adopts all of the provisions and terms of the Agreement and Declarations of Trust establishing the Central Laborers' Welfare Fund dated March 30, 1968, and the Agreement and Declarations of Trust establishing the Central Laborers' Pension Fund dated January 1, 1965, and all amendments, revisions, additions and deletions thereto as to both Trust Agreements, and accepts all of them as fully as though the same were herein contained and further agrees to accept as a personal obligation for himself and on behalf of his firm to oversee the payment of the aforesaid Funds; provided, however, that the aforesaid obligations shall be inoperative with respect to any Employer who has a written agreement with the local unions representing such Employer's employees, which agreement specifically provides for the coverage of such employees by another pension or welfare benefit plan in lieu of the plan created by the above-mentioned Agreement and Declarations of Trusts establishing the Central Laborer's Pension and Welfare Funds.

By _____ Signature    Title: _____    Date: _____

ORIGINAL-RETURN WITH PAYMENT TO FUND OFFICE