# CAVANAGH & O'HARA
### Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara

James P. Moody
Daniel M. McLaughlin*
*Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

*Swansea Office*
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
TeleFax (618) 222-6755

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

March 5, 2004

**VIA CERTIFIED MAIL**

Restoration Labor, Inc.
3308 Imperial Parkway
Lafayette, IN 47909

Re:   Central Laborers' Pension, Welfare and Annuity Funds

Dear Employer:

This office is general counsel to the Central Laborers' Pension, Welfare and Annuity Funds and they have referred to us for collection your delinquent account in the amount of $16,173.53.

This letter will be the last letter to you before action is taken in court for collection. The Funds are required by law to take such action as may be necessary to collect the sums due them.

Under the provisions of Section 515 of the Employee Retirement Income Security Act of 1974, the Court <u>must</u> assess against you various interest costs and damages in the event a judgment is recovered against you. These costs are substantially higher than those the Funds are presently willing to accept. You will also be responsible for all attorneys' fees, court costs and any other expenses incurred in collection.

The Funds have no desire to put you to the expense outlined above, but it was felt that it might be appropriate to make sure that you are aware of same so that you could take it into consideration in determining whether you want to voluntarily eliminate your delinquency without the necessity of litigation to collect the amount due.

<u>If you do not desire that our collection efforts be pursued by way of a lawsuit, you should contact the Funds' Delinquency Department (217-243-8521) and make such arrangements with the Funds as will satisfy them within ten (10) days from the date of this letter.</u>

EXHIBIT
G

Page Two
March 5, 2004

    We sincerely hope we can have your cooperation in this matter in order to decrease your costs as well as ours and the employees who are participating in these Funds.

                Yours truly,

                Rita Dolack
                Legal Assistant, Delinquency Department

cc:    Central Laborers' Pension, Welfare and Annuity Funds/ Dan Koeppel
RD:pjd
F:\files\CENTRAL\L-RestorationLabor.CL001.wpd