E-FILED
Monday, 18 October, 2004  05:12:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, GREAT PLAINS ANNUITY FUND, NORTH CENTRAL LABORERS' WELFARE FUND, ILLINOIS LABORERS'-CONTRACTORS' TRAINING TRUST FUND, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, NORTH CENTRAL LABORERS'-EMPLOYERS' COOPERATION AND EDUCATION TRUST, NORTH CENTRAL MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, NORTH CENTRAL LABORERS' POLITICAL LEAGUE, ILLINOIS VALLEY LABOR-MANAGEMENT, LABORERS' VACATION FUND, LABORERS' WORK DUES FUND, and LABORERS' LOCAL #393, <br><br>       Plaintiffs, <br><br> vs. <br><br> RESTORATION LABOR, INC. d/b/a CNC EMERGENCY SERVICES, <br><br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No: |

### AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, PATRICK J. O'HARA, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this firm in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 03/05/04 | Letter to employer regarding demand for delinquent contributions and liquidated damages. | 0.50 |
| 03/10/04 | Received and reviewed returned certified mail regarding delinquent contributions. | 0.10 |
| 03/24/04 | Letter to H.R. Manalli regarding Belfor. | 0.50 |
| 05/12/04 | Received and reviewed copy of correspondence to Claudia Backes | |

1


EXHIBIT
H

|  |  |  |
|---|---|---|
|  | regarding denial of request to credit unpaid contributions. | 0.10 |
| 08/17/04 | Telephone conference with Bob Martens regarding Belfor/Restoration Labor. | 0.40 |
| 08/19/04 | Received and reviewed letter regarding Belfor issue; Fax letter to Jeff Pagano. | 0.75 |
| 09/30/04 | Review file; Research address, phone number for Restoration Labor; Research corporate status in Indiana; Transmittal of correspondence to Dan Koeppel of Fund Office regarding breakdown of amounts due; Preparation of draft Complaint for delinquent contributions; Preparation of Affidavit in Support of Attorney's Fees; Telephone conference with Tippecanoe County, Indiana, Sheriff regarding fee for service of Complaint. | 2.00 |
| 10/15/04 | Preparation of revisions to Complaint; Finalize Complaint and Affidavit in Support of Attorney's Fees; Preparation of Summons, Civil Cover Sheet, Certificate of Interest; Assembly of exhibits; Transmittal of same via email to U.S. District Court for filing of new case. | 1.50 |
|  | TOTAL HOURS 5.85 X $175.00 PER HOUR | $1,023.75 |
| 10/15/04 | U.S. District Court – Filing Fee | $150.00 |
| 10/15/04 | Tippecanoe County Sheriff, Indiana – Service Fee | 14.00 |
|  | **TOTAL COSTS AND FEES** | $1,187.75 |

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____
PATRICK J. O'HARA

SUBSCRIBED and SWORN to before me this 15th day of October, 2004.

_____
Notary Public

2

OFFICIAL SEAL
RITA DOLACK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-8-2006

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone (217) 544-1771
F:\files\CENTRAL\Restoration Labor - CNC Emergency\A-RestorationLabor.FEE.wpd