E-FILED
Monday, 18 October, 2004  05:04:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, GREAT PLAINS ANNUITY FUND, NORTH CENTRAL LABORERS' WELFARE FUND, ILLINOIS LABORERS'-CONTRACTORS' TRAINING TRUST FUND, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, NORTH CENTRAL LABORERS'-EMPLOYERS' COOPERATION AND EDUCATION TRUST, NORTH CENTRAL MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, NORTH CENTRAL LABORERS' POLITICAL LEAGUE, ILLINOIS VALLEY LABOR-MANAGEMENT, LABORERS' VACATION FUND, LABORERS' WORK DUES FUND, and LABORERS' LOCAL #393, <br><br>         Plaintiffs, <br><br> vs. <br><br> RESTORATION LABOR, INC. d/b/a CNC EMERGENCY SERVICES, <br><br>         Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No: ) ) ) ) ) ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for CENTRAL LABORERS' PENSION FUND, GREAT PLAINS ANNUITY FUND, NORTH CENTRAL LABORERS' WELFARE FUND, ILLINOIS LABORERS'-CONTRACTORS' TRAINING TRUST FUND, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, NORTH CENTRAL LABORERS'-EMPLOYERS' COOPERATION AND EDUCATION TRUST, NORTH CENTRAL MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, NORTH CENTRAL LABORERS' POLITICAL LEAGUE, ILLINOIS VALLEY LABOR-MANAGEMENT, LABORERS' VACATION FUND, LABORERS' WORK DUES FUND, and LABORERS' LOCAL #393, furnished the following in

1

compliance with Standing Order CDIL of this Court.

    (a)    CENTRAL LABORERS' PENSION FUND, GREAT PLAINS ANNUITY FUND, NORTH CENTRAL LABORERS' WELFARE FUND, ILLINOIS LABORERS'-CONTRACTORS' TRAINING TRUST FUND, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, NORTH CENTRAL LABORERS'-EMPLOYERS' COOPERATION AND EDUCATION TRUST, NORTH CENTRAL MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, NORTH CENTRAL LABORERS' POLITICAL LEAGUE, ILLINOIS VALLEY LABOR-MANAGEMENT, LABORERS' VACATION FUND, LABORERS' WORK DUES FUND, and LABORERS' LOCAL #393.

    (b)    Not applicable.

    (c)    CAVANAGH & O'HARA
           William K. Cavanagh
           Michael W. O'Hara
           Patrick J. O'Hara
           James P. Moody
           Daniel M. McLaughlin

DATED this 15th day of October, 2004.

                              By:    s/ Patrick J. O'Hara
                                    PATRICK J. O'HARA

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217)-544-1771
F:\files\CENTRAL\Restoration Labor - CNC Emergency\Certificate of Interest.wpd