COPY

E-FILED
Thursday, 28 October, 2004 02:49:25 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL **DISTRICT OF** ILLINOIS

CENTRAL LABORERS' PENSION FUND, et al.,

Plaintiffs,

V.

RESTORATION LABOR, INC. d/b/a
CNC EMERGENCY SERVICES

Defendant.

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-3230

TO: (Name and address of defendant)

Jerry L. Collins, Registered Agent -- PERSONAL SERVICE ONLY
Restoration Labor, Inc.
11309 South 700 East
Lafayette, IN 47909-9155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick J. O'Hara
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
**CLERK**

10/28/04
**DATE**

s/ C. Cathcart
**(BY) DEPUTY CLERK**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                              Signature of Server

                                                                      _____
                                                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.