COPY

E-FILED
Tuesday, 09 November, 2004 09:43:26 AM
Clerk, U.S. District Court, ILCD

# United States District Court

_____ CENTRAL _____ DISTRICT OF _____ ILLINOIS _____

CENTRAL LABORERS' PENSION FUND, et al.,

              Plaintiffs,

V.

RESTORATION LABOR, INC. d/b/a
CNC EMERGENCY SERVICES

              Defendant.

SECOND ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-3230

TO: (Name and address of defendant)

    Jerry L. Collins, Registered Agent -- PERSONAL SERVICE ONLY
    Restoration Labor, Inc.
    3308 Imperial Parkway
    Lafayette, IN 47909

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Patrick J. O'Hara
    Cavanagh & O'Hara
    407 East Adams Street
    Springfield, IL 62701
    (217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
_____
CLERK

s/ M. Stewart
_____
(BY) DEPUTY CLERK

DATE  November 8, 2004