IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, GREAT )
PLAINS ANNUITY FUND, NORTH CENTRAL )
LABORERS' WELFARE FUND, ILLINOIS )
LABORERS'-CONTRACTORS' TRAINING TRUST )
FUND, CENTRAL ILLINOIS BUILDERS INDUSTRY )
ADVANCEMENT FUND, NORTH CENTRAL )
LABORERS'-EMPLOYERS' COOPERATION AND )
EDUCATION TRUST, NORTH CENTRAL MIDWEST )
REGION FOUNDATION FOR FAIR CONTRACTING, )
NORTH CENTRAL LABORERS' POLITICAL LEAGUE, )
ILLINOIS VALLEY LABOR-MANAGEMENT, )
LABORERS' VACATION FUND, LABORERS' WORK )
DUES FUND, and LABORERS' LOCAL #393, )
   )
          Plaintiffs, )
   )
vs.  )   Case No: 04-3230
   )
RESTORATION LABOR, INC. d/b/a CNC )
EMERGENCY SERVICES, )
   )
          Defendant. )

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and, pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal Without Prejudice and in support thereof states as follows:

1.   On October 18, 2004, Plaintiffs filed its Complaint against the Defendant requesting a Judgment for delinquent contributions and liquidated damages in the total amount of $16,173.53, plus reasonable attorneys fees.

2.   That the Plaintiffs have been unable to serve the Defendant due to invalid addresses.

3.   That this matter has not been dismissed in any court of the United States or of any

state.

WHEREFORE, Plaintiff herewith files this Notice of Voluntary Dismissal Without Prejudice.

                                              CENTAL LABORERS' PENSION FUND, *et al.*,
                                              Plaintiffs,

By:   s/ Patrick J. O'Hara
        PATRICK J. O'HARA
        **CAVANAGH & O'HARA**
        Attorneys at Law
        407 East Adams
        Post Office Box 5043
        Springfield, IL 62705
        Telephone: (217) 544-1771
        Fax: (217) 544-9894
        patrick@cavanagh-ohara.com

F:\files\CENTRAL\Restoration Labor - CNC Emergency\N-VolDisWOPrej.wpd

## PROOF OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 23rd day of December, 2004:

> Jerry L. Collins, Registered Agent
> Restoration Labor, Inc.
> 3510 U.S. 52 South
> Lafayette, IN 47905

and that the original was filed with the Clerk of the Court in which said cause is pending.

> By:    s/ Patrick J. O'Hara
>         PATRICK J. O'HARA
>         **CAVANAGH & O'HARA**
>         Attorneys at Law
>         407 East Adams
>         Post Office Box 5043
>         Springfield, IL 62705
>         Telephone: (217) 544-1771
>         Fax: (217) 544-9894
>         patrick@cavanagh-ohara.com